FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000636
14-FEB-2017
12:55 PM**

NO. CAAP-13-0000636

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellant,
vs.
QUINCY L.F. CHOY FOO, III, Defendant-Appellee,

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 12-1-0829)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion of the court, filed on December 29, 2016, is hereby corrected as follows:

1.    On page 6, in the fifteenth line of the second paragraph, the reference to "Estension" should be corrected to "Estencion".

2.    On page 10, in the last line of the first paragraph, the number "48" should be inserted before "(c)(1)" so that as corrected, the text reads: ". . . under HRPP Rule 48(c)(1)."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi February 14, 2017.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, Chief Judge, and Leonard and Ginoza, JJ.